**Robert A. CUFFEE, Plaintiff—
Appellant,**

v.

**K. HILL, RN Head Nurse; Mrs. Porter, c/o Officers; Mrs. Jackson, c/o Officers; Mr. Holloran, A.M.H.P. Mental Health; Mrs. Doris; B. Gilliam; Mr. Jones; Mr. Mavor; Mr. Harrison, Defendants—Appellees.**

No. 07-6185.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 28, 2007.

Robert A. Cuffee, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cuffee appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cuffee v. Hill,* No. 2:06–cv–00195–RGD (E.D. Va. filed Jan. 8, 2007, entered Jan. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*